UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00401

**Heon Jong Yoo,**
*Plaintiff,*

v.

**United States Marshal Service et al.,**
*Defendants.*

# ORDER

Plaintiff Heon Jong Yoo, otherwise known as Hank Yoo, a former federal inmate proceeding pro se, filed this civil-rights lawsuit against, among others, defendant United States Marshal Service. This case was referred to United States Magistrate Judge John D. Love. The magistrate judge issued a report recommending that plaintiff's claims against United States District Judge Robert W. Schroeder (Doc. 28) be dismissed with prejudice. Plaintiff filed timely objections. Doc. 31.

When timely objections to a magistrate judge's report and recommendation are filed, the court reviews them de novo. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Plaintiff maintains that "only jurors have COMPLETE ABSOLUTE IMMUNITY, not judges and prosecutors." Decades of precedent demonstrate that he is incorrect. As the magistrate judge explained, a judge enjoys absolute immunity in a suit for monetary damages for actions taken in the course of his judicial functions. *See Mireless v. Waco*, 502 U.S. 9, 11 (1991) ("[J]udicial immunity is an immunity from suit, not just from ultimate assessment of damages [, and] it is not overcome by allegations of bad faith or malice."); *Boyd v. Biggers*, 31 F.3d 279, 294 (5th Cir. 1994) ("Judicial officers are entitled to absolute immunity from claims for damages arising out of acts performed in the exercise of their judicial functions.").

- 2 -

    Having reviewed the magistrate judge's report de novo, the court accepts the findings and recommendations. Plaintiff's objections (Doc. 31) are overruled, and plaintiff's claims against United States District Judge Robert W. Schroeder are dismissed, with prejudice, as frivolous.

*So ordered by the court on April 13, 2022.*

J. CAMPBELL BARKER
United States District Judge